COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     United Healthcare Services, Inc., United Healthcare Insurance
                         Company, United Heathcare Benefits of Texas, Inc. and United
                         Healthcare of Texas, Inc. v. Hortencia Luna Gonzales and River Oaks
                         Emergency Center, LLC, St Michael's Emergency Center LLC, The
                         Woodlands FEC LLC, Brian Orsak and Shannon Orsak, Jacob Varon,
                         First Street Hospital LP, First Surgical LLC and First Surgical Partners
                         Holding Inc. et al.

Appellate case number:   01-17-00237-CV

Trial court case number:  2015-50785

Trial court:             269th District Court of Harris County


        The parties have filed a joint motion to extend the deadlines for briefing and to reorder the briefing word limits. We grant the motion and enter the following order:

        The United Healthcare appellants' brief, with a word limit of 15,000, is due on or before August 16, 2017.

        Appellees' responsive brief and cross-appellants' brief, with a word limit of 30,000, is due within 60 days of the filing of the United Healthcare appellants' brief.

        The United Healthcare appellants' reply brief and cross-appellees' response brief, with a word limit of 22,500, is due within 60 days of the filing of appellees' response brief/cross-appellants' brief.

        Appellees' reply brief, with a word limit of 7,500, is due within 40 days of the filing of the United Healthcare appellants' reply/cross-appellees' brief.

        **No extensions will be granted absent a showing of extraordinary extenuating circumstances.**

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually   ☐ Acting for the Court

Date: July 18, 2017